UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NAIM I. AYAT

CASE NO. C 06-1574 JSW

Plaintiff(s),

v.

SOCIETE AIR FRANCE

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓ Private ADR *(please identify process and provider)* _____
Settlement conference with a private mediator to be agreed upon by the parties.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓ other requested deadline  120 days from date of order to allow ample time for discovery

Dated: June 2, 2006

Donald J. Nolan
Attorney for Plaintiff
Pro hac vice

Dated: June 2, 2006

Charles L. Coleman, III
Attorney for Defendant

~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
-     Non-binding Arbitration
-     Early Neutral Evaluation (ENE)
-     Mediation
- ✓ Private ADR

Deadline for ADR session
-     90 days from the date of this order.
- ✓ other    within 120 days of Order.

IT IS SO ORDERED.

Dated: June 5, 2006

*/s/ Jeffrey S. White*
UNITED STATES DISTRICT JUDGE