IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NAIMI I. AYAT,

    Plaintiff,

v.

SOCIETE AIR FRANCE,

    Defendant.

No. C 06-01574 JSW

**ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE**

Pursuant to Civil Local Rule 72-1 this matter is referred to a randomly assigned magistrate judge for resolution of the current discovery dispute filed on December 7, 2006 and for resolution of all discovery matters. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: December 19, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom