UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAIMI I. AYAT, | No. C 06-1574 JSW (JL) |
| Plaintiff, | |
| v. | **NOTICE** |
| SOCIETE AIR FRANCE, ET AL., | |
| Defendants. | |

The Court received the parties' joint letter regarding discovery disputes (Docket # 33). All discovery in this case has been referred by the district court (Hon. Jeffrey S. White as provided by 28 U.S.C. section 636(b) and Civil Local Rule 72. The close of fact discovery is March 30, 2007. The Court read the parties' joint letter and hereby grants permission for Defendant to file a formal noticed motion regarding the discovery disputes discussed in that letter, on the normal briefing schedule as provided by Civil Local Rule 7-2 (a).

IT IS SO ORDERED.

DATED: January 9, 2007

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\06-1574\Notice-33.wpd   1