UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAIMI I. AYAT,<br><br>    Plaintiff,<br><br>  v.<br><br>SOCIETE AIR FRANCE, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 06-1574 JSW (JL)<br><br>ORDER |

The Court received Plaintiff's letter brief requesting leave to file a motion to compel answers to interrogatories, a motion to compel production of documents and a motion to compel depositions. The Court reminds Plaintiff of his obligation to meet and confer to attempt to resolve discovery disputes without judicial intervention and on that condition grants the request.

IT IS SO ORDERED.

DATED: January 23, 2007

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\06-1574\ord-40.wpd     1