```
ALAN H. COLLIER - Bar No. 150449
AGHAVNI V. KASPARIAN - Bar No. 204136
MENDES & MOUNT, LLP
445 S. Figueroa Street, 38th Floor
Los Angeles, CA  90071
Telephone:  (213) 955-7700
Facsimile:  (213) 955-7725
E-mail: alan.collier@mendes.com
E-mail: aghavni.kasparian@mendes.com

Attorneys for Defendant
GOODRICH CORPORATION
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAIM I. AYAT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SOCIÉTÉ AIR FRANCE, and GOODRICH CORPORATION,<br><br>　　　　　Defendants. | Case No.:  C 06-1574 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING GOODRICH CORPORATION'S EXTENSION TO FILE AND SERVE A RESPONSE TO THE AMENDED COMPLAINT** |

Pursuant to Northern District of California, Local Rule 6-1(a), this stipulation regarding the filing of the response to Plaintiff Naim I. Ayat's ("Plaintiff") Amended Complaint is entered into by and between:  (1) Plaintiff, by and through his counsel of record; and (2) Goodrich Corporation ("Goodrich"), by and through its counsel of record.  Plaintiff and Goodrich hereby stipulate that:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

STIPULATION AND PROPOSED ORDER - CASE NO. C 06-1574 JSW

-1-

(1) Goodrich's time to answer or otherwise respond to the Amended Complaint is extended to February 20, 2007. Thus, Goodrich shall have until February 20, 2007 to answer or otherwise respond to the Amended Complaint.

**STIPULATED AND AGREED TO:**

DATED: January 30, 2007      MENDES & MOUNT, LLP

By: _____
AGHAVNI V. KASPARIAN
Attorneys for Defendant
GOODRICH CORPORATION

DATED: January ___, 2007      NOLAN LAW GROUP

By: _____
DONALD J. NOLAN
MICHAEL S. McGRORY
Attorneys for Plaintiff
NAIM I. AYAT

## [PROPOSED] ORDER

The Court having read and considered the foregoing Stipulation and other documents on file herein, and good cause appearing for the relief requested therein,

**IT IS SO ORDERED.**

DATED: _____

_____
JEFFREY S. WHITE
United States District Judge

    (1)    Goodrich's time to answer or otherwise respond to the Amended Complaint is extended to February 20, 2007. Thus, Goodrich shall have until February 20, 2007 to answer or otherwise respond to the Amended Complaint.

**STIPULATED AND AGREED TO:**

DATED: January ___, 2007          MENDES & MOUNT, LLP

By:_____
AGHAVNI V. KASPARIAN
Attorneys for Defendant
GOODRICH CORPORATION

DATED: January ___, 2007          NOLAN LAW GROUP

By: _____ (pro hac vice)
DONALD J. NOLAN
MICHAEL S. McGRORY
Attorneys for Plaintiff
NAIM I. AYAT

**[PROPOSED] ORDER**

The Court having read and considered the foregoing Stipulation and other documents on file herein, and good cause appearing for the relief requested therein,

**IT IS SO ORDERED.**

DATED: __February 8, 2007__

_____
JEFFREY S. WHITE
United States District Judge