IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NAIM I. AYAT,

    Plaintiff,

v.

SOCIETE AIR FRANCE, et al.,

    Defendants.

No. C 06-01574 JSW

**ORDER SETTING BRIEFING SCHEDULE RE MOTION TO DISMISS AND MOTION TO STRIKE**

    This matter is set for a hearing on April 13, 2007 at 9:00 a.m. on Defendants' motion to dismiss and motion to strike. Plaintiffs' opposition brief to the motion shall be filed by no later than Thursday, March 8, 2007 and a reply brief, if any, shall be filed by no later than Thursday, March 15, 2007.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: February 22, 2007

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE