Donald J. Nolan (Illinois Bar #36211)
Michael S. McGrory
Nolan Law Group
20 North Clark Street, 30th Floor
Chicago, IL 60602
Telephone: 312-630-4000
Facsimile: 312-630-4011
Email: djn@nolan-law.com

Attorneys for Plaintiff
NAIM I. AYAT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

NAIM I. AYAT,

    Plaintiff,

v.

SOCIÉTÉ AIR FRANCE,

    Defendant.

Case No. C 06-1574 JSW

[PROPOSED] ORDER EXTENDING DISCOVERY

The Court having read and considered the foregoing Stipulation and other documents on file herein, and good cause appearing for the relief requested therein, orders the following discovery schedule:

| | |
|---|---|
| Close of Fact Discovery: | January 20, 2008 |
| Close of all Expert Discovery: | March 28, 2008 |
| Hearing on Dispositive Motions: | May 2, 2008 |
| Pretrial Conference: | July 21, 2008 |
| Jury Trial: | October 6, 2008 |

**IT IS SO ORDERED.**

Dated: April 12, 2007

*/s/ Jeffrey S. White*
Jeffrey S. White
United States District Judge

<del>Proposed</del> Order Extending Discovery     No. C 06 1574 JSW