IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NAIM I. AYAT,

    Plaintiff,

v.

SOCIETE AIR FRANCE, et al.,

    Defendants.

No. C 06-01574 JSW

**ORDER SETTING BRIEFING SCHEDULE RE MOTION TO STRIKE**

This matter is set for a hearing on June 29, 2007 at 9:00 a.m. on the motion to strike filed by Defendant Goodrich Corporation ("Goodrich"). Plaintiff's opposition to the motion shall be filed by no later than Thursday, May 31, 2007 and Goodrich's reply, if any, shall be filed by no later than Thursday, June 7, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 17, 2007

                          JEFFREY S. WHITE
                          UNITED STATES DISTRICT JUDGE