UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAIM I. AYAT, | No. C 06-1574 JSW (JL) |
| Plaintiff, | AMENDMENT TO ORDER |
| v. | |
| SOCIETE AIR FRANCE, ET AL., | |
| Defendants. | |

This Court's order filed January 8 is hereby amended at page 2, lines 21-22 to read that "Plaintiff is precluded from taking discovery from Air France into the issue of liability, since this is not relevant to any claims or defenses of these two parties."

IT IS SO ORDERED.

DATED: January 9, 2008

_____
JAMES LARSON
Chief Magistrate Judge