**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAIM I. AYAT,<br><br>    Plaintiff,<br><br>v.<br><br>SOCIETE AIR FRANCE, et al.,<br><br>    Defendants.<br>_____/ | No. C 06-01574 JSW<br><br>**ORDER GRANTING IN PART AND DENYING PART PLAINTIFF'S ADMINISTRATIVE MOTION TO REVISE THE COURT'S SCHEDULING ORDER** |

On January 1, 2008, Plaintiff filed an administrative motion to revise this Court's scheduling order and to request a ruling regarding the pending discovery dispute. Because Magistrate Judge Larson has now issued a ruling on the pending discovery dispute, the Court denies Plaintiff's motion as to this issue as MOOT. Judge Larson granted Defendant Societe Air France's ("Air France") motion for protective order and held that Plaintiff is precluded from taking discovery into the issue of liability against Air France. Therefore, the Court finds that Plaintiff has not shown good cause for extending the deadline to take discovery against Air France, and thus DENIES Plaintiff's motion on this issue. With respect to discovery against Defendant Goodrich Corporation ("Goodrich"), although Plaintiff should have moved to extend the deadlines before they expired, the Court finds that Plaintiff has made a showing of good cause to warrant a brief extension of the discovery deadlines. The Court admonishes Plaintiff that the Court will not extend the deadlines any further.

The Court HEREBY GRANTS Plaintiff's motion in part and ORDERS that the deadlines in this matter are CONTINUED as follows:

(1) close of fact discovery with respect to Goodrich is continued to April 4, 2008;

(2) close of expert discovery with respect to Goodrich is continued to June 13, 2008;

(3) the last day to have dispositive motions heard with respect to all parties is continued to August 15, 2008 at 9:00 a.m.;

(4) the pretrial conference for all parties is continued to November 3, 2008 at 2:00 p.m.; and

(5) the trial for all parties is continued to December 1, 2008 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: January 9, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE