UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAIM I. AYAT, | No. C 06-1574 JSW (JL) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCOVERY (Docket # 112) |
| v. | |
| SOCIETE AIR FRANCE, ET AL., | |
| Defendants. _____/ | |

The Court received the request from Defendant Goodrich Corporation for either an order compelling Plaintiff to respond to discovery or for leave to file a motion to compel Plaintiff to respond to Goodrich's Special Interrogatories and Request for Production of Documents. The Court finds that this matter is suitable for decision without oral argument as provided by Civil Local Rule 7-1(b).

In light of the merit of Defendant's request for an order compelling Plaintiff to respond to discovery, and the lack of any opposition expressed by Plaintiff, despite the passage of almost two weeks since Defendants' letter, the Court hereby orders Plaintiff to respond in full and without objection to Defendant Goodrich Corporation's Special Interrogatories and Requests for Production of Documents, within five days of the issuance of this order.

IT IS SO ORDERED.

DATED: January 28, 2008

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\06-1574\Order - grant- 112.wpd