ALAN H. COLLIER - Bar No. 150449
AGHAVNI V. KASPARIAN - Bar No. 204136
MENDES & MOUNT, LLP
445 S. Figueroa Street, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 955-7700
Facsimile: (213) 955-7725
E-mail: alan.collier@mendes.com
E-mail: aghavni.kasparian@mendes.com

Attorneys for Defendant
GOODRICH CORPORATION

Case 3:06-cv-01574-JSW   Document 156   Filed 04/08/2008   Page 1 of 2

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NAIM I. AYAT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SOCIÉTÉ AIR FRANCE, and<br>GOODRICH CORPORATION,<br><br>　　　　　Defendants. | Case No.: C 06-1574 JSW (JL)<br><br>**STIPULATED REQUEST FOR DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL** |

Stipulated Request for Dismissal and [Proposed] Order
-1-

Error! Unknown document property name.

In accordance with Federal Rule of Civil Procedure 41, Plaintiff Naim I. Ayat ("Plaintiff") and Defendant Goodrich Corporation ("Goodrich") hereby give notice to the Court that Plaintiff has agreed to dismiss all claims against Goodrich in the above-entitled action, with prejudice, and with each party to bear their own costs and attorney's fees. It is hereby stipulated by and between Plaintiff and Goodrich, through their respective attorneys of record, that Plaintiff requests dismissal of this action in its entirety against Goodrich, with prejudice, each side to bear their own costs and attorney's fees. Plaintiff, therefore, requests that the Court enter the Order of Dismissal submitted with this Stipulation.

DATED: 4/3/08, 2008

HINTON, COCHRAN, BORBA
& BECKWITH, LLP

By: _____
Charles D. Cochran
Attorneys for Plaintiff
**NAIM I. AYAT**

DATED: April 8, 2008

MENDES & MOUNT, LLP

By: _____
Aghavni V. Kasparian
Attorneys for Defendant
**GOODRICH CORPORATION**

## [PROPOSED] ORDER OF DISMISSAL

IT IS HEREBY ORDERED that Defendant Goodrich Corporation is dismissed, with prejudice, each side to bear to their own costs and attorney's fees, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: __April 9__, 2008

_____
Honorable Jeffrey S. White
United States District Judge

---

Stipulated Request for Dismissal and [Proposed] Order
-2-

Error! Unknown document property name.